David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
BOBBY E. SMITH

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BOBBY E. SMITH,<br><br>   Plaintiff,<br><br> vs.<br><br>USAA FEDERAL SAVINGS BANK;<br>EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>   Defendant(s). | Case No.: **2:17-cv-02331-JAD-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN BOBBY E. SMITH AND <u>USAA FEDERAL SAVINGS BANK</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between BOBBY E. SMITH ("Plaintiff") and Defendant USAA FEDERAL SAVINGS BANK ("USAA") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against USAA, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing

requirements as to USAA be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to USAA.

Dated: March 29, 2018

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
***BOBBY E. SMITH***

**IT IS ORDERED** that the settling parties shall have until **May 29, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: April 2, 2018

Peggy A. Leen
United States Magistrate Judge