David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, BOBBY E. SMITH*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BOBBY E. SMITH,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>USAA FEDERAL SAVINGS BANK;<br>EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-02331-JAD-PAL<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>USAA ONLY</u>**<br><br>ECF No. 18 |

　　Plaintiff BOBBY E. SMITH and Defendant USAA FEDERAL SAVINGS BANK hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to,**

…

…

**USAA FEDERAL SAVINGS BANK**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: June 22, 2018

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Trevor R. Waite, Esq. |
| David H. Krieger, Esq. | Trevor R. Waite, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 13779 |
| HAINES & KRIEGER, LLC | ALVERSON, TAYLOR, MORTENSEN, & SANDERS |
| 8985 S. Eastern Avenue | 6605 Grand Montecito Parkway |
| Suite 350 | Suite 200 |
| Henderson, Nevada 89123 | Las Vegas, NV 89149 |
| *Attorney for Plaintiff* | *Attorney for Defendant USAA* |

### ORDER

Based on the parties' stipulation **[ECF No. 18]** and good cause appearing, and because the dismissal of the claims against USAA Federal Savings Bank leaves no claims remaining, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 22, 2018